Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−11433−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois Azack
   150 Robertsville Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5949

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 9, 2025.

On August 27, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          October 8, 2025
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 28, 2025
JAN: pbf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lois Azack  
    Debtor

Case No. 25-11433-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 28, 2025      Form ID: 185      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |
| 520550060 | + | Freehold Township Tax Collector, 1 Municipal Plz, Freehold, NJ 07728-3064 |
| 520629013 | | GS Mortgage-Backed Securities Trust 2019-SL1, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520550065 | | Nationstar Mortgage LLC, dba RightPath Servicing, PO Box 650783, San Antonio, TX 78265 |
| 520550069 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 21:18:00 | US Bank Trust National Association, not in its ind, c/o Rushmore Servicing, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, UNITED STATES 75261-9096 |
| 520550059 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2025 21:27:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520550061 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2025 21:18:00 | GS Mortgage-Backed Securities Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St, Ste 300, Greenwood Village, CO 80111-4720 |
| 520629104 | + | Email/Text: bankruptcyreports@wakeassoc.com | Aug 28 2025 21:19:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520550062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 21:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520550063 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:28:49 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520567114 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 21:29:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520550064 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 28 2025 21:18:00 | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S., Bldg F, Ste 300, Iselin, NJ 08830 |
| 520566608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2025 21:28:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520550066 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 21:18:00 | Rushmore Servicing, PO Box 60516, City of Industry, CA 91716-0516 |
| 520550067 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

Case 25-11433-MBK    Doc 45    Filed 08/30/25    Entered 08/31/25 00:19:32    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: 185 | Total Noticed: 21 |

| | | Aug 28 2025 21:16:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
|---|---|---|---|
| 520550068 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2025 21:18:00 | Specialized Loan Servicing, 8742 Lucent Boulevard, Ste 300, Littleton, CO 80129 |
| 520626864 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2025 21:17:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520589193 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 21:18:00 | US Bank Trust National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Andrew Thomas Archer
on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org

Stuart H. West
on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7