UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker, Saltzman & Thomas, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 114393B

**Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lois Azack

Case No.: 25-11433-MBK

Hearing Date: August 27, 2025

Judge: Michael B. Kaplan

# CONSENT ORDER
# RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Louis Azack
Case No: 25-11433-MBK
Caption of Order: Consent Order Resolving Certification of Default

This matter having come before the Court on the Motion of US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, (the "Mortgagee") by and through counsel, Pluese, Becker, Saltzman & Thomas, LLC, Stuart H. West, Esquire, appearing and the Debtor, by and through counsel, Brenner Spiller & Archer, Andrew Thomas Archer, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The post-Petition arrears of $7,101.39 (through August of 2025) will not be demanded pending the sale of the property, but shall be incorporated into the Mortgagee's Payoff.

2. A modified plan to sell the property must be filed 7 days from the entry of the within Order.

3. A listing agreement must be completed in 2 weeks from the entry of the within Order

4. The property must be sold by November 30, 2025 or a COD can be filed to obtain relief. The only defense is an active contract with an imminent closing date.

5. IT IS further ORDERED that a counsel fee of $200.00 shall be paid to US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, which counsel fee shall be paid by the Debtors, through the Chapter 13 Plan. It is expressly understood, agreed and Ordered that the provisions hereof are without prejudice to and do not constitute waiver of the mortgagee's right to recover all fees/costs reasonably incurred

**Page 3**
Debtor: Louis Azack
Case No: 25-11433-MBK
Caption of Order: Consent Order Resolving Certification of Default

pursuant to the subject mortgage and applicable non-bankruptcy law.

6. If the Bankruptcy Case is dismissed, discharged or converted, the Agreed Order becomes null/void.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER, SALTZMAN & THOMAS, LLC          BRENNER SPILLER & ARCHER

By:   /s/ Stuart H. West                                           /s/ Andrew Thomas Archer
      Stuart H. West, Esquire                                   Andrew Thomas Archer, Esquire
      Attorneys for the Mortgagee                            Attorney for the Debtor