UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2C

Stuart H. West, Esquire
Pluese, Becker, Saltzman & Thomas, LLC
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 114393B

**Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lois Azack

Case No.: 25-11433-MBK

Hearing Date: August 27, 2025

Judge: Michael B. Kaplan

## CONSENT ORDER
## RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 4, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Louis Azack
Case No: 25-11433-MBK
Caption of Order: Consent Order Resolving Certification of Default

This matter having come before the Court on the Motion of US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, (the "Mortgagee") by and through counsel, Pluese, Becker, Saltzman & Thomas, LLC, Stuart H. West, Esquire, appearing and the Debtor, by and through counsel, Brenner Spiller & Archer, Andrew Thomas Archer, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The post-Petition arrears of $7,101.39 (through August of 2025) will not be demanded pending the sale of the property, but shall be incorporated into the Mortgagee's Payoff.

2. A modified plan to sell the property must be filed 7 days from the entry of the within Order.

3. A listing agreement must be completed in 2 weeks from the entry of the within Order

4. The property must be sold by November 30, 2025 or a COD can be filed to obtain relief. The only defense is an active contract with an imminent closing date.

5. IT IS further ORDERED that a counsel fee of $200.00 shall be paid to US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, which counsel fee shall be paid by the Debtors, through the Chapter 13 Plan. It is expressly understood, agreed and Ordered that the provisions hereof are without prejudice to and do not constitute waiver of the mortgagee's right to recover all fees/costs reasonably incurred

**Page 3**
Debtor: Louis Azack
Case No: 25-11433-MBK
Caption of Order: Consent Order Resolving Certification of Default

pursuant to the subject mortgage and applicable non-bankruptcy law.

6.  If the Bankruptcy Case is dismissed, discharged or converted, the Agreed Order becomes null/void.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER, SALTZMAN & THOMAS, LLC          BRENNER SPILLER & ARCHER

By:    /s/ Stuart H. West                              /s/ Andrew Thomas Archer
       Stuart H. West, Esquire                          Andrew Thomas Archer, Esquire
       Attorneys for the Mortgagee                     Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11433-MBK |
| Lois Azack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025                Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 04, 2025 Form ID: pdf903 Total Noticed: 1

Stuart H. West
    on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7