Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−11433−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois Azack
   150 Robertsville Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5949

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 9, 2025.

Dated: October 10, 2025
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 25-11433-MBK

Lois Azack                                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 2

Date Rcvd: Oct 10, 2025             Form ID: plncf13             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |
| 520550060 | + | Freehold Township Tax Collector, 1 Municipal Plz, Freehold, NJ 07728-3064 |
| 520629013 | | GS Mortgage-Backed Securities Trust 2019-SL1, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520550065 | | Nationstar Mortgage LLC, dba RightPath Servicing, PO Box 650783, San Antonio, TX 78265 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 10 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 10 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 10 2025 21:13:00 | US Bank Trust National Association, not in its ind, c/o Rushmore Servicing, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, UNITED STATES 75261-9096 |
| 520550059 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2025 21:18:55 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520550061 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2025 21:14:00 | GS Mortgage-Backed Securities Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St, Ste 300, Greenwood Village, CO 80111-4720 |
| 520629104 | + | Email/Text: bankruptcyreports@wakeassoc.com | Oct 10 2025 21:14:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520550062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 21:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520550063 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 21:18:24 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520567114 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 21:18:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520550064 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 10 2025 21:14:00 | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S., Bldg F, Ste 300, Iselin, NJ 08830 |
| 520566608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 10 2025 21:18:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520550066 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 10 2025 21:13:00 | Rushmore Servicing, PO Box 60516, City of Industry, CA 91716-0516 |
| 520550067 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 10 2025 21:13:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 520550068 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2025 21:14:00 | Specialized Loan Servicing, 8742 Lucent |

Case 25-11433-MBK  Doc 55  Filed 10/12/25  Entered 10/13/25 00:20:44  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: plncf13 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 520626864 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 10 2025 21:13:00 | Boulevard, Ste 300, Littleton, CO 80129<br>STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520550069 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 10 2025 21:13:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520589193 + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 10 2025 21:13:00 | US Bank Trust National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7