UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-11433 MBK |
| Lois Azack, | Chapter: | 13 |
| Debtor | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____Lois Azack_____, _____debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____December 10, 2025_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, New JErsey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 150 Robertsville Road
Freehold, New Jersey 07728

Proposed Purchaser: Ronnie Leverich & Daniel Harris

Sale price: $800,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Edward Regan

Amount to be paid: 2.5% commission plus $395, or $20,395.00

Services rendered: Listing agent and broker for sale of real estate

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew T. Archer, Esq.

Address: 125 Route 73 North, West Berlin, New Jersey 08091

Telephone No.: (856) 963-5000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-11433-MBK

Lois Azack                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Nov 13, 2025    Form ID: pdf905    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |
| 520550060 | + | Freehold Township Tax Collector, 1 Municipal Plz, Freehold, NJ 07728-3064 |
| 520629013 | | GS Mortgage-Backed Securities Trust 2019-SL1, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520550065 | | Nationstar Mortgage LLC, dba RightPath Servicing, PO Box 650783, San Antonio, TX 78265 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2025 21:02:00 | US Bank Trust National Association, not in its ind, c/o Rushmore Servicing, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, UNITED STATES 75261-9096 |
| 520550059 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 21:12:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520550061 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2025 21:02:00 | GS Mortgage-Backed Securities Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St, Ste 300, Greenwood Village, CO 80111-4720 |
| 520629104 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 13 2025 21:04:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520550062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2025 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520550063 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:12:40 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520567114 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:12:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520550064 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 13 2025 21:03:00 | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S., Bldg F, Ste 300, Iselin, NJ 08830 |
| 520566608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2025 21:25:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520550066 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2025 21:02:00 | Rushmore Servicing, PO Box 60516, City of Industry, CA 91716-0516 |
| 520550067 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 13 2025 21:02:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 520550068 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2025 21:02:00 | Specialized Loan Servicing, 8742 Lucent |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 13, 2025 | Form ID: pdf905 | Total Noticed: 21

| | | | |
|---|---|---|---|
| 520626864 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov<br>Nov 13 2025 21:02:00 | | Boulevard, Ste 300, Littleton, CO 80129<br>STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520550069 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov<br>Nov 13 2025 21:02:00 | | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520589193 | + Email/Text: nsm_bk_notices@mrcooper.com<br>Nov 13 2025 21:02:00 | | US Bank Trust National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor US Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7