UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lois Azack,
              Debtor.

Case No.: 25-11433
Chapter: 13
Judge: Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

Edward Regan as a Realtor

The relief set forth on the following page is **ORDERED**.

DATED: November 20, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>        Edward Regan        </u>
as <u>        a Realtor for the Debtor        </u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: <u>Coldwell Banker Realty</u>
   <u>27 East Main Street</u>
   <u>Moorestown, NJ 08057</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*