Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−11433−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois Azack
   150 Robertsville Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5949

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

150 Robertsville Road, Freehold, New Jersey

Dated: December 4, 2025
JAN: pbf

                                              Jeanne Naughton
                                              Clerk