UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

Order Filed on January 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lois Azack,

Debtor

Case No.: 25-11433 MBK

Hearing Date: _____

Chapter: 13

Judge: MBK

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: January 21, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____150 Robertsville Road, Freehold_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Edward Regan |
| Amount to be paid: | 2.5% commission plus $395, or $15,645.00 |
| Services rendered: | Listing agent and broker for sale |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Rushmore Loan Servicing's lien is to be satisfied at closing per a payoff to be provided that is good through the closing date.

10. Select Portfolio Servicing's lien is to be satisfied at closing per a payoff to be provided that his good through the closing date.

11. Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order is not applicable.

12. The 14 day appeal period per Fed. R. Bankr. P. 8002 is hereby waived.

*rev.1/12/22*