UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BRENNER SPILLER & ARCHER
Andrew T. Archer, Esq.
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
005272008
Attorneys for Debtor(s)

Order Filed on February 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lois Azack,

Debto

Case No.:    25-11433 MBK

Chapter:    13

Judge:    MBK

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 3, 2026

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Lois Azack_____ for a reduction of time for a hearing on _____Motion to Sell_____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____February 11, 2026_____ at __09:00 am__ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. _8_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and secured creditors
_____
by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured creditors
_____
by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ☒ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within _1_____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*