UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BRENNER SPILLER & ARCHER
Andrew T. Archer, Esq.
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
005272008
Attorneys for Debtor(s)

Order Filed on February 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lois Azack,

Debto

Case No.: __25-11433 MBK__

Chapter: __13__

Judge: __MBK__

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: February 3, 2026**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

After review of the application of _____Lois Azack_____ for a reduction of time for a hearing on _____Motion to Sell_____ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___February 11, 2026___ at ___09:00 am___ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. _8_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and secured creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within _1_ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

  ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute said motion/application and any objections.

  ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

  ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11433-MBK |
| Lois Azack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 03, 2026 | Form ID: pdf903 | Total Noticed: 1

Stuart H. West
    on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7