Form 137 − aplccmpn

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−11433−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lois Azack
150 Robertsville Road
Freehold, NJ 07728

Social Security No.:
xxx−xx−5949

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       3/25/26
Time:         02:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew T. Archer, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $2,792.50

EXPENSES
$220.04

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 13, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 25-11433-MBK

Lois Azack                                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                           Page 1 of 2

Date Rcvd: Feb 13, 2026                          Form ID: 137                                      Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700 |
| r | + | Edward Regan, Coldwell Banker Realty, 27 East Main Street, Moorestown, NJ 08057-3309 |
| 520550060 | + | Freehold Township Tax Collector, 1 Municipal Plz, Freehold, NJ 07728-3064 |
| 520629013 | | GS Mortgage-Backed Securities Trust 2019-SL1, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520550065 | | Nationstar Mortgage LLC, dba RightPath Servicing, PO Box 650783, San Antonio, TX 78265 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2026 21:10:00 | US Bank Trust National Association, not in its ind, c/o Rushmore Servicing, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, UNITED STATES 75261-9096 |
| 520550059 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2026 21:08:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520550061 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2026 21:11:00 | GS Mortgage-Backed Securities Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St, Ste 300, Greenwood Village, CO 80111-4720 |
| 520629104 | + | Email/Text: bankruptcyreports@wakeassoc.com | Feb 13 2026 21:13:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520550062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 21:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520550063 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 21:09:16 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520567114 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 21:08:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520550064 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 13 2026 21:11:00 | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S., Bldg F, Ste 300, Iselin, NJ 08830 |
| 520566608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2026 21:08:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520550066 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2026 21:10:00 | Rushmore Servicing, PO Box 60516, City of Industry, CA 91716-0516 |
| 520550067 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 13 2026 21:10:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |

District/off: 0312-3 | User: admin | Page 2 of 2

Date Rcvd: Feb 13, 2026 | Form ID: 137 | Total Noticed: 22

| 520550068 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|---|---|---|---|
| | | Feb 13 2026 21:11:00 | Specialized Loan Servicing, 8742 Lucent Boulevard, Ste 300, Littleton, CO 80129 |
| 520626864 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Feb 13 2026 21:10:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520550069 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Feb 13 2026 21:10:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520589193 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 13 2026 21:10:00 | US Bank Trust National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7