UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on March 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lois Azack,

                              Debtor(s).

Case No.:    25-11433 MBK

Chapter:         13

Judge:         Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew T. Archer, Esquire _____ , the applicant, is allowed a fee of $ _____ 2,792.50 _____ for services rendered and expenses in the amount of $_____ 220.04 _____ for a total of $_____ 3,012.54 _____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for ____ n/a ____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11433-MBK |
| Lois Azack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Robert P. Saltzman | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org |

District/off: 0312-3                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 25, 2026                       Form ID: pdf903                               Total Noticed: 1

Stuart H. West

    on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG
Asset Trust swest@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7