UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton,  NJ    08650

(609) 587-6888

**Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Lois Azack

Case No.: 25-11433 / MBK

Chapter 13

Hearing Date: 5/6/2026  at 9:00 AM

Judge: Michael B. Kaplan

Debtor(s)

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed  
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte  
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan  
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining  
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court  
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated  
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat  
this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-11433-MBK

Lois Azack                                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 2
Date Rcvd: May 06, 2026                  Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID          Recipient Name and Address**
db                + Lois Azack, 150 Robertsville Road, Freehold, NJ 07728-7700

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name                        Email Address**

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                            docs@russotrustee.com

Andrew Thomas Archer
                            on behalf of Debtor Lois Azack aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com

Cory Francis Woerner
                            on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 cwoerner@raslg.com

Laura M. Egerman
                            on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 laura.egerman@mccalla.com
                            mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
                            on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bkgroup@kmllawgroup.com

District/off: 0312-3

Date Rcvd: May 06, 2026

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

matthew.fissel@brockandscott.com

Robert P. Saltzman

on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dnj@pbslaw.org

Stuart H. West

on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9